**Kelly NOBLE, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

May 22, 1959.

O. J. Cockrell, Jackson, for appellant.

Jo M. Ferguson, Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from the Breathitt Circuit Court, Honorable Ervine Turner, Judge. Judgment of conviction, for violation of the local option law, fixing the punishment of appellant at a fine of $100 and 30 days in the county jail.

The facts, questions raised, authorities cited and the applicable law have been carefully considered.

The motion for an appeal is overruled and the judgment stands affirmed.